1  **THE ENDRES LAW FIRM**
   **DAVID R. ENDRES, APC (Ca Bar No. 123564)**
2  **ERIC G. FERNANDEZ   (Ca Bar No. 269684)**
   **2121   2ND STREET, SUITE C105**
3  **DAVIS, CA 95618**
   **TELEPHONE: 530-750-3700**
4  **FACSIMILE: 530-750-3366**
   **eric.fernandez@dre-apc.com**
5

6  Attorneys for Defendant
   BANK OF NEW YORK
7

8                  **UNITED STATED DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | SHEENA MANUEL,                          ) Case No.: 10-CV-03852-CRB
                                            )
12 |                                        )
                                            ) [~~PROPOSED~~] **ORDER GRANTING**
13 |        Plaintiff,                      ) **STIPULATION TO CONTINUE**
                                            ) **HEARING ON DEFENDANT BANK**
14 | v.                                     ) **OF NEW YORK'S MOTION TO**
                                            ) **DISMISS PURSUANT TO FEDERAL**
15 |                                        ) **RULE OF CIVIL PROCEDURE**
                                            ) **12(b)(6)**
16 |                                        )
   | BANK OF NEW YORK, and DOES 1-10,       ) Current Date: October 22, 2010
17 | inclusive,                             ) New Date:     December 3, 2010
                                            ) Time:         10:00 a.m.
18 |                                        ) Courtroom:    8, 19th Floor
                                            ) Judge:        Hon. Charles R. Breyer
19 |        Defendants.                     )
                                            ) Complaint Filed: July 24, 2010
20 |  _____  ) Complaint Removed:  August 27, 2010
                                              Trial Date: None
21

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

---
**1**
**STIPULATION TO CONTINUE HEARING ON DEFENDANT BANK OF NEW YORK'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

1  The stipulation between the parties to continue the hearing on defendant Bank of New
2 York's motion to dismiss pursuant to federal rule of civil procedure 12(b)(6) is accepted by the
3 Court and made the Order. The hearing set for October 22, 2010 at 10:00 a.m. is continued to
4 December 3, 2010, at 10:00 a.m., Courtroom 8, 19th Floor, before the Honorable Charles R.
5 Breyer.
6 SO ORDERED:

9 Dated: October 18, 2010  _____
   THE HON. CHARLES R. BREYER
10  UNITED STATES DISTRICT JUDGE

**2**
**STIPULATION TO CONTINUE HEARING ON DEFENDANT BANK OF NEW YORK'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**